

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00298-CV

**EL CABALLERO RANCH, INC.** and Laredo Marine, L.L.C.,
Appellants

v.

**GRACE RIVER RANCH, L.L.C.**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Russel Wilson, Judge Presiding

## O R D E R

On June 14, 2016, appellee filed a motion to supplement the clerk's record, asking this court to replace illegible, black and white copies of the clerk's record with legible, color replacements attached to its motion. On June 16, 2016, appellee filed a first amended motion regarding the same. In its motions, appellee argued the legible, color replacements attached to its motion are the same as those provided by the La Salle County clerk. On June 20, 2016, we ordered appellants to file a written response, specifically addressing whether they object to this court's granting appellee's motion.

In response, appellants filed a response and unopposed motion to supplement the clerk's record. Appellants stated they did not object to appellee's motion to supplement the clerk's record. Appellants also requested this court to replace additional portions of the clerk's record with legible, color replacements attached to their motion, arguing those replacements are the same as those provided by the La Salle County clerk. Appellants certified their motion was unopposed.

Accordingly, on June 30, 2016, we ordered the La Salle County clerk to file a supplemental clerk's record with original exhibits, more particularly described in that order, on or before August 1, 2016. On August 18, 2016, the La Salle County clerk filed its supplemental clerk's record. We therefore **ORDER** appellants to file their appellants' brief in this court on or before **September 19, 2016**.

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court